IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

ASTRAZENECA AB and ASTRAZENECA PHARMACEUTICALS LP,

*Plaintiffs*,

v.

MYLAN PHARMACEUTICALS INC. and KINDEVA DRUG DELIVERY L.P.,

*Defendants*.

Civil Action No. 1:22-CV-35-JPB

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL [DOCKET NO. 76]

On August 2, 2022, Plaintiffs AstraZeneca AB and AstraZeneca Pharmaceuticals LP ("Plaintiffs") moved for leave to file under seal their attached Response In Opposition to Mylan's Motion to Modify the Scheduling Order, with exhibits. In support, the Plaintiffs stated the Response contained information that Plaintiffs and Defendants have designated as confidential and proprietary. Finding good cause, the Court **GRANTS** the Motion (Docket No. 76) and **DIRECTS** the Clerk to file the Response with exhibits under seal.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to all counsel of record.

DATED: **8-3-2022**

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE