IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**ASTRAZENECA AB** and **ASTRAZENECA PHARMACEUTICALS LP,**

Plaintiffs,

v.

**CIVIL ACTION NO. 1:22-CV-35**
Judge Bailey

**MYLAN PHARMACEUTICALS, INC.** and **KINDEVA DRUG DELIVERY L.P.,**

Defendants.

### ORDER

Pending before this Court is Plaintiffs' Motion for Enlargement of Time to Provide Reply Expert Report and Opening *Markman* and Dispositive Briefs [Doc. 139], filed September 22, 2022. A Response [Doc. 140] by defendants was filed the same day.

This Court will **GRANT IN PART** Plaintiffs' Motion for Enlargement of Time to Provide Reply Expert Report and Opening *Markman* and Dispositive Briefs [**Doc. 139**]. First, this Court does not agree that plaintiffs should get an advantage by having to file both their *Markman* and dispositive briefs *after* defendants; that is why this Court will continue having the same due date for both plaintiffs and defendants. Second, this Court **will not** extend any of the below dates again. Simply put, the below scheduling order is sufficiently adequate for the parties to litigate the above-styled case.

1

Therefore, the current Scheduling Order [Doc. 89] is hereby **AMENDED** and the below listed dates be adopted:

| | |
|---|---|
| 4. Reply Expert Reports: | **September 27, 2022** |
| 5. Completion of Expert Discovery: | **October 17, 2022** |
| 6. ***Daubert*** Motions: | **October 21, 2022** |
| 7. ***Daubert*** Responses: | **November 4, 2022** |
| 8. ***Markman*** Events: | |
|    a. Parties exchange list of claim term(s)/phrase(s) that parties believe need construction | **September 16, 2022** |
|    b. Parties exchange list of proposed claim constructions of term(s)/phrase(s) on parties exchange lists | **September 30, 2022** |
| 9. Joint Claim Chart: | **October 7, 2022** |
| 10. Opening ***Markman*** Briefs: | **October 18, 2022** |
| 11. Response ***Markman*** Briefs: | **November 1, 2022** |
| 12. ***Markman*** Hearing: | **November 15, 2022, at 10:00 a.m., via Zoom** |
| 13. Dispositive Motions: | **October 18, 2022** |
| 14. Response to dispositive motions: | **November 1, 2022** |
| 15. Reply to dispositive motions: | **November 8, 2022** |
| 16. Biographical Sketches: | **November 30, 2022** |
| 17. Motions in Limine:<br>   a. Objections: | **November 9, 2022**<br>**November 23, 2022** |
| 18. FED.R. 26(a)(3) Disclosures:<br>   a. Objections: | **November 9, 2022**<br>**November 23, 2022** |

19. <u>Joint Stipulation of Facts</u>:                           **November 30, 2022**

20. <u>Pretrial Memoranda</u>:                                   **November 30, 2022**

21. <u>Pretrial Conference/Settlement Conference</u>:            **December 5, 2022, at 2:00 p.m., via Zoom**

22. <u>Trial Date</u>:                                           **December 13, 2022, at 9:00 a.m., via Zoom**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: September 26, 2022.

*/s/ John Preston Bailey*
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**