# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Clarksburg

**ASTRAZENECA AB and ASTRAZENECA PHARMACEUTICALS LP,**

      Plaintiffs,

v.

**CIVIL ACTION NO. 1:22-CV-35**
Judge Bailey

**MYLAN PHARMACEUTICALS, INC. and KINDEVA DRUG DELIVERY L.P.,**

      Defendants.

## ORDER

On November 30, 2022, Mylan filed a Status Report [Doc. 211]. It is hereby **ORDERED** that AstraZeneca file a response on or before **December 1, 2022, at 12:00p.m.**

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: November 30, 2022.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE