**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Clarksburg**

**ASTRAZENECA AB** and **ASTRAZENECA**
**PHARMACEUTICALS LP,**

>    Plaintiffs,

v.                                                  **CIVIL ACTION NO. 1:22-CV-35**
                                                    Judge Bailey

**MYLAN PHARMACEUTICALS, INC.** and
**KINDEVA DRUG DELIVERY L.P.,**

>    Defendants.

### ORDER

Pending before this Court is plaintiffs' Motion for Leave to File Under Seal [Doc. 216], filed November 30, 2022.  Therein, plaintiffs' requests this Court for leave to file under seal the parties' Joint Pretrial Memorandum and the exhibits in support thereof because they contain information that plaintiffs and defendants have designated as confidential and proprietary.

The Motion  [**Docs. 216**] is **GRANTED**.  The Clerk is hereby **DIRECTED** to **FILE UNDER SEAL**:

• The Joint Pretrial Memorandum [Doc. 216-1] and the documents and exhibits referenced therein [Docs. 216-2 through 216-13].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

1

**DATED**: December 1, 2022.


JOHN PRESTON BAILEY
UNITED STATES DISTRICT COURT