IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**ASTRAZENECA AB** and **ASTRAZENECA PHARMACEUTICALS LP,**

    Plaintiffs,

v.              **CIVIL ACTION NO. 1:22-CV-35**
               Judge Bailey

**MYLAN PHARMACEUTICALS, INC.** and
**KINDEVA DRUG DELIVERY L.P.,**

    Defendants.

## ORDER

Pending before this Court is plaintiffs' Motion for Leave to File Under Seal [Doc. 219], filed December 1, 2022. Therein, plaintiffs request this Court for leave to file under seal AstraZeneca's Response to Defendants' Status Report because it contains information that plaintiffs and defendants have designated as confidential and proprietary.

The Motion **[Docs. 219]** is **GRANTED**. The Clerk is hereby **DIRECTED** to **FILE UNDER SEAL**:

- AstraZeneca's Response to Defendants' Status Report [Doc. 219-1] and attached exhibit [Doc. 219-2].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.


**DATED**: December 1, 2022.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT COURT