IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**ASTRAZENECA AB** and **ASTRAZENECA PHARMACEUTICALS LP,**

      Plaintiffs,

v.

**CIVIL ACTION NO. 1:22-CV-35**
Judge Bailey

**MYLAN PHARMACEUTICALS, INC.** and **KINDEVA DRUG DELIVERY L.P.,**

      Defendants.

## ORDER

This Court filed its Sealed Memorandum Opinion and Order [Doc. 223]. The Order will be unsealed on **Friday, December 9, 2022, at 4:30p.m.** The parties are **DIRECTED** to notify the Court of any objection to the unsealing of the Memorandum Opinion and Order at their earliest convenience and no later than 4:00PM December 9, 2022. It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED**: December 5, 2022.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE