IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**ASTRAZENECA AB** and **ASTRAZENECA PHARMACEUTICALS LP,**

Plaintiffs,

v.

**CIVIL ACTION NO. 1:22-CV-35**
Judge Bailey

**MYLAN PHARMACEUTICALS, INC.** and
**KINDEVA DRUG DELIVERY L.P.,**

Defendants.

### ORDER

Pending before this Court is plaintiffs' Motion for Leave to File Under Seal [Doc. 232], filed December 12, 2022. Therein, plaintiffs' requests this Court for leave to file under AstraZeneca's Proposed Findings of Fact and Conclusions of Law, and the documents and exhibits referenced therein because they contain information that plaintiffs and/or defendants have designated as confidential and proprietary.

The Motion [**Docs. 232**] is **GRANTED**. The Clerk is hereby **DIRECTED** to **FILE UNDER SEAL**:

- Astraeneca's Proposed Findings of Fact and Conclusions of Law [Doc. 232-1] and the documents and exhibits referenced therein [Docs. 232-2 through 232-7].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

1

**DATED**: December 12, 2022.

                                                      *[signature]*
**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT COURT**